# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

YVES SANTAIS,                        )
                                     )
    Plaintiff,               )
                                     )
v.                                   )    Case No. CV416-208
                                     )
CORRECTIONS CORPORATION              )
OF AMERICA, *et al.*,                )
                                     )
    Defendants.              )

## ORDER

Yves Santais, currently incarcerated in the Coffee Correctional Facility in Coffee County, Georgia, has filed a 42 U.S.C. § 1983 action against the prison and two of its employees. CV416-00208, doc. 1. The Clerk mistakenly assigned this case to the Savannah Division of this Court. Since Santais is in custody in Coffee County, this case should have been filed in the Waycross Division. *See* 28 U.S.C. § 90(c)(4). Accordingly, this action is reassigned to the Waycross Division.

**SO ORDERED,** this __12th__ day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA